# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------X

ARBEN MUSTAFA,

                    Plaintiff,

        -against-

ACCUPRESS MFG, LTD.

                  Defendants.
------------------------------------------X

Index No.: 22284/α

JUN 28 2000

VERIFIED COMPLAINT

Plaintiff, by and through his attorneys, Rheingold, Valet, Rheingold & Shkolnik, P.C., states as follows:

PARTIES

1. Plaintiff Arben Mustafa is a resident of Kings County, New York.

2. At all relevant times, defendant ACCUPRESS MFG, LTD., was and is a Canadian corporation engaged in the design, manufacture, marketing, distribution and sale of machines, including the Accupress press brake machine.

3. This Court has jurisdiction over defendant ACCUPRESS MFG, LTD., pursuant to CPLR §302(a)(3)(ii).

FACTUAL BACKGROUND

4. On or about June 2, 1998, plaintiff was working for Eliou & Scopelitis Steel Fabrication as a laborer.

5. On or about June 3, 1998 at or about 7:20 A.M., plaintiff was feeding metal sheets into the Accupress press brake machine used to bend metal.

6. While plaintiff was feeding sheet metal into the press brake machine, the press activated and closed on both of plaintiff's arms, severing his hands at the wrist.

FIRST CAUSE OF ACTION- NEGLIGENCE

7. Defendant ACCUPRESS MFG, LTD., was negligent in designing, manufacturing, marketing, distributing and selling the Accupress press brake machine with several defects, including, but not limited to, the following:

(a) the hand activation buttons were overridden by a foot pedal activation device defeating their purpose and safety benefit;

(b) failure to provide a necessary safety device;

(c) failure to warn potential users about the machine's dangerous propensities.

8. As a result of the aforementioned accident, plaintiff suffered non-economic damages relating to mental and physical pain, injuries to both hands, requiring the re-attachment of the two, which has resulted in permanent disability and caused serious difficulties with plaintiff's normal activities. Plaintiff has also suffered economic damages relating to past and future medical expenses and past and future loss of earning capacity.

9. Plaintiff's injuries are a proximate result of the negligence of the defendants.

10. Defendant is therefore liable to plaintiff in the amount of five million dollars.

SECOND CAUSE OF ACTION - STRICT PRODUCTS LIABILITY

11. Plaintiff repeats and realleges paragraphs 1 through 10.

12.   Defendant ACCUPRESS MFG, LTD., designed, manufactured, marketed, distributed and sold a product that was unreasonably dangerous.

13.   The aforementioned defects existed when defendant placed the Accupress press brake machine into the stream of commerce.

14.   Plaintiff's injuries were a proximate result of one or more of said defects.

15.   By engaging in the aforesaid conduct, defendant is strictly liable to plaintiff in the amount of five million dollars.

THIRD CAUSE OF ACTION - BREACH OF WARRANTY

16.   Plaintiff repeats and realleges paragraphs 1 through 15.

17.   Defendant ACCUPRESS MFG, LTD., has breached applicable warranties, express and implied, and is therefore liable in the amount of five million dollars.

WHEREFORE, plaintiff demands judgment against the defendant:

a.   Compensatory damages on each Cause of Action in the amount of 5 million dollars;

b.   All together with interest, costs and disbursements;

c.   Such other and further relief as this Court deems just and proper.

Dated:   New York, New York
         June 22, 2000

Terrence E. McCartney
Rheingold, Valet, Rheingold
& Shkolnik, P.C.
Attorneys for Plaintiff
113 East 37th Street
New York, NY 10016
(212) 684-1880

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------X        Index No. :
ARBEN MUSTAFA,

                        Plaintiff,

            -against-                          VERIFICATION

ACCUPRESS MFG, LTD.

                        Defendants.
-------------------------------------X

    TERRENCE E. McCARTNEY, an attorney duly admitted to practice law in the Courts of New York, affirms the following to be true:

    1.  That I am a member of the law firm of Rheingold, Valet, Rheingold, & Shkolnik, P.C., attorney for plaintiff in the within action.  That I have read the foregoing complaint and know the contents thereof, and that the same are true to my knowledge, except as to the matters herein stated to be alleged upon information and belief, and that as to these matters I believe them to be true.

    2.  That the sources of my information and knowledge are records and investigation reports maintained within the file.

    3.  That the reason this verification is made by the affirmant and not by the plaintiff is that plaintiff does not not reside in the County of New York, which is the county wherein this firm maintains its office.

Dated:    New York, New York
          June 22, 2000

                                    _____
                                    Terrence E. McCartney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X
ARBEN MUSTAFA                          :
                                       :
                Plaintiff,             :      Civil Action No. 00 4851 (DGT)
                                       :
        vs.                            :
                                       :              ANSWER
ACCUPRESS MFG, LTD.                    :
                                       :
                Defendant.             :
- - - - - - - - - - - - - - X

        Defendant Halkin Tool, Ltd. ("Halkin"), improperly

named herein as Accupress Mfg., Ltd., by its attorneys, Herzfeld

& Rubin, P.C., for its Answer to the Verified Complaint, states

as follows, upon information and belief:

        1.    Denies knowledge or information sufficient to form

a belief as to the truth of the allegations set forth in

paragraph one (1) of the Verified Complaint.

        2.    Denies the allegations set forth in paragraph two

(2) of the Verified Complaint, except admits that Halkin is a

Canadian corporation.

        3.    Denies the allegations set forth in paragraph

three (3) of the Verified Complaint as a legal conclusion of the

pleader.

        4.    Denies knowledge or information sufficient to form

a belief as to the truth of the the allegations set forth in

paragraph four (4) of the Verified Complaint.

        5.    Denies knowledge or information sufficient to form

a belief as to the truth of the the allegations set forth in

paragraph five (5) of the Verified Complaint.

        6.    Denies knowledge or information sufficient to form

a belief as to the truth of the the allegations set forth in paragraph six (6) of the Verified Complaint.

## AS TO THE FIRST CAUSE OF ACTON

7.   Denies the allegations set forth in paragraph seven (7) of the Verified Complaint.

8.   Denies the allegations set forth in paragraph eight (8) of the Verified Complaint.

9.   Denies the allegations set forth in paragraph nine (9) of the Verified Complaint.

10.   Denies the allegations set forth in paragraph ten (10) of the Verified Complaint.

## AS TO THE SECOND CAUSE OF ACTION

11.   As and for its response to paragraph eleven (11) of the Verified Complaint, defendant repeats and realleges its responses to paragraphs one (1) through ten (10) of the Verified Complaint as if fully set forth herein.

12.   Denies the allegations set forth in paragraph twelve (12) of the Verified Complaint.

13.   Denies the allegations set forth in paragraph thirteen (13) of the Verified Complaint.

14.   Denies the allegations set forth in paragraph fourteen (14) of the Verified Complaint.

15.   Denies the allegations set forth in paragraph fifteen (15) of the Verified Complaint.

2

AS TO THE THIRD CAUSE OF ACTION

16. As and for its response to paragraph sixteen (16) of the Verified Complaint, defendant repeats and realleges its responses to paragraphs one (1) through fifteen (15) of the Verified Complaint as if fully set forth herein.

17. Denies the allegations set forth in paragraph seventeen (17) of the Verified Complaint.

FIRST AFFIRMATIVE DEFENSE

18. The Verified Complaint fails to state a claim against Halkin.

SECOND AFFIRMATIVE DEFENSE

19. The injuries, if any, allege to have been sustained by the plaintiff or caused, in whole or in part, by the negligence or other culpable conduct of the plaintiff.

THIRD AFFIRMATIVE DEFENSE

20. If the plaintiff was injured as alleged in the Verified Complaint, all of which has been denied by the answering defendant, said injuries were proximately caused by the acts or omissions of one or more persons over whom the defendant had no control.

3

FOURTH AFFIRMATIVE DEFENSE

21.   If the plaintiff sustained injuries in the manner
alleged, all of which has been denied by the answering defendant,
and if the assessed liability of the answering defendant is fifty
percent (50%) or less of the total liability assigned to all
persons liable, then the liability of the answering defendant to
plaintiff to non-economic loss shall not exceed the answering
defendant's equitable share determined in accordance with the
relative culpability of each person causing or contributing to
the total liability for non-economic loss.

FIFTH AFFIRMATIVE DEFENSE

22.   Plaintiff's claims are barred because any damage
claimed to have been suffered by plaintiff was due solely to
plaintiff's failure to mitigate damages.

SIXTH AFFIRMATIVE DEFENSE

23.   Any alleged failure of performance in the product
which is the subject of this action ("the Product") was caused by
the alteration, misuse and/or improper maintenance of the
Product, rather than any defect in the materials, workmanship or
merchantability of the Product.

SEVENTH AFFIRMATIVE DEFENSE

24.   Any alleged failure of performance in the Product
was caused by ordinary wear of the Product, rather than any

4

defect in the materials, workmanship or merchantability of the Product.

### EIGHTH AFFIRMATIVE DEFENSE

25.   The Product was not defective or dangerous at any time when and if defendant had possession or control of it.

### NINTH AFFIRMATIVE DEFENSE

26.   Upon information and belief the accident alleged and the injuries claimed to have been sustained by the plaintiff were the result of a modification of the Product.

### TENTH AFFIRMATIVE DEFENSE

27.   Any and all risks, hazards and dangers were open, obvious and apparent, natural and inherent and unknown or should have been known by the plaintiff and he assumed all such risks, hazards and defects.

### ELEVENTH AFFIRMATIVE DEFENSE

28.   Plaintiff's claim for breach of warranty is barred by the statute of limitations.

### TWELFTH AFFIRMATIVE DEFENSE

29.   This Court lacks personal jurisdiction over the defendant on the grounds that plaintiff has failed to effect proper service of process.

5

WHEREFORE, Halkin respectfully requests judgment in its favor, together with costs and disbursements, or, in the alternative, in the event the Court renders judgment in favor of plaintiffs, that the Court reduce any judgment awarded to plaintiff based on plaintiff's contributory negligence or other culpable conduct, or the negligence or other culpable conduct of others, and that the Court grant such other and further relief as the Court may deem just and proper.

Dated:     New York, New York
           August 18, 2000

                              HERZFELD & RUBIN, P.C.

                              By: [signature]
                                 Harold M. Weidenfeld (HW 9569)
                                 40 Wall Street
                                 New York, New York   10005
                                 (212) 344-5500

                              Attorneys for Defendant
                              HALKIN TOOL, LTD.

                              Of Counsel:

                              Mark F. McCarthy
                              ARTER & HADDEN, LLP
                              1100 Huntington Building
                              925 Euclid Avenue
                              Cleveland OH 44115-1475
                              (216) 696-1100

TO:   Rheingold, Valet, Rheingold
        & Shkolnik, P.C.
      Attorneys for Plaintiff
      113 E. 37th Street
      New York, NY 10016
      (212) 684-1880

6

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK)

      LORI RICCIO being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides at Staten Island, New York, that on the 18th day of August 2000, deponent served a copy of the within **ANSWER** upon the following attorneys for the parties shown below at the address shown below, being the address designated by said attorneys for the purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

TO:  Rheingold, Valet, Rheingold
     & Shkolnik, P.C.
     Attorneys for Plaintiff
     113 E. 37th Street
     New York, NY 10016

                                           _LORI RICCIO_

Sworn to before me this
18th day of August 2000

_Notary Public_

DEBORAH ANN HORAN
Notary Public, State of New York
No. 01HO4689838
Qualified in Queens County
Certificate Filed in New York County
Commission Expires August 31, 2001

# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
ARBEN MUSTAFA,                              CV-00-4851 (DGT)(JMA)

                    Plaintiff,        **DEFENDANT'S**
                                      **INITIAL DISCLOSURE**
       -against-                      **F.R.Civ.P. Rule 26(a)(1)**

ACCUPRESS MFG., LTD.,

                    Defendant.
------------------------------X
HALKIN TOOL, LTD. ("HALKIN"),
improperly named herein as
"ACCUPRESS MFG., LTD.,

       Third-Party Plaintiff,

    -against-

ELIOU STEEL FABRICATION, INC.,

       Third-Party Defendant.
------------------------------X

         Defendant, Halkin Tool LTD. ("HALKIN"), improperly named
herein as Accupress Mfg., by its attorneys Herzfeld & Rubin, P.C.,
hereby provides Initial Disclosures pursuant to F.R.Civ.P. Rule
26(a)(1).


                            <u>BACKGROUND</u>

         The complaint alleges that on or about June 3, 1998
plaintiff was injured in the course of his employment as a laborer
for Eliou & Scopelitis Steel Fabrication while feeding metal
sheets into an Accupress press brake machine used to bend metal.

         The press brake machine has been identified as a Model
no. 725012, serial no. 1710.

Rule 26(a)(1)(A) Individuals likely to have discoverable information.

       Mr. Dean Albrecht
       Halkin Tool Ltd.


PLAINTIFF'S
EXHIBIT
Albrecht 2
4/18/02

Rule 26(a)(1)(B) Documents relevant to claims.

Annexed hereto are copies of:

(a)   HALKIN's machine file for the subject machine; and
(b)   The instruction manual for the subject machine.

Rule 26(a)(1)(C) Damages.

This is directed to plaintiff.

Rule 26(a)(1)(D) Insurance information.

HALKIN is not insured for the incident set forth in the complaint.

Dated:  New York, New York
        January 9, 2001

                              Yours, etc.,

                              HERZFELD & RUBIN, P.C.
                              Attorneys for Defendant/
                               Third Party Plaintiff
                              Halkin Tool Ltd. improperly named
                              herein as Accupress Mfg., Ltd.

                              By:
                                 Isaac Szpilzinger (I.S.-1844)
                              40 Wall Street
                              New York, New York   10005
                              212-344-5500


TO:  Rheingold, Valet, Rheingold & Shkolnik, P.C.
     Attorneys for Plaintiff
     113 East 37th Street
     New York, New York 10016
     (212) 684-1880

     O'Connor & O'Connor, LLP
     Attorneys for Third-Party Defendant
     Eliou Steel Fabrication, Inc.
     200 Mamaroneck Avenue
     White Plains, New York 10601
     (914) 686-1700

2

# WALSH-ATKINSON COMPANY, INC.
P.O. BOX 822, 307 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801
(516) 822-0910 • (212) 962-7650 • (201) 335-7600
FAX (516) 822-0913

WA-6285
ORDERED BY FAX

| | |
|---|---|
| ACCURPRESS MFG. LTD.<br>13160 PRINCESS STREET<br>RICHMOND, BC, CANADA  V7E 3S2 | ELIOU STEEL FABRICATION INC.<br>130 GREEN STREET<br>BROOKLYN, NY 11222 |

| OF ORDER | DATE REQUIRED | SHIP VIA | FOR (DEPT.) | REQUISITION NO. | F.O.B. |
|---|---|---|---|---|---|
| 3/13/90 | 10 WEEKS | TRUCK | | | RICHMOND, BC |
| S<br>7% CASH | [X] FOR RE-SALE  [ ] FOR OWN USE | | | | QUOTE NO.<br>**PER STUART |

| QUANTITY | ✓ | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | *FIRST NEW STYLE* | | |
| 1 | | ACCURPRESS MODEL 725012 PRESSBRAKE, SN 1710, WITH 230 VOLT/3 PHASE/60 CYCLE | $53,500.00 | |
| 1 | | HIGH SPEED OPTION** | 1,500.00 | |
| 1 | | TONNAGE CONTROL | 570.00 | |
| 1 | | 27" POWER-OPERATED BACKGAUGE WITH DIGITAL READOUT IN .001" WITH INCH/ METRIC CONVERSION** | 2,750.00 | |
| 1 | | POWER ECCENTRIC | 1,000.00 | |
| 1 | | 4-4 DIE HOLDER WITH 3 BURNOUTS FOR MOUNTING | 1,170.00 | |
| 1 | | UP-1 8' LONG PUNCH | 360.00 | |
| 1 | | L-4 8' LONG DIE | 320.00 | |
| 1 | | UP-4 8' LONG PUNCH | 520.00 | |
| 1 | | L-12 8' LONG DIE | 700.00 | |
| 1 | | UP-60-2 6' LONG 30° PUNCH | 380.00 | |
| 1 | | L-60-4 6' 30° DIE | 380.00 | |
| | | | $63,150.00 | |
| | | LESS 17% | -10,735.50 | |
| | | | $52,414.50 | |
| | | LESS 7% CASH | - 3,669.02 | $48,745.48 |

IMPORTANT: OUR ORDER NO. MUST APPEAR ON ALL INVOICES, PACKAGES AND CORRESPONDENCE. NOTIFY US IMMEDIATELY IF UNABLE TO SHIP BY DATE REQUIRED.

BY

```
09/21/90                 MACHINE: PRESS BRAKE                                    1

MACHINE MODEL:_  725012  __                    SERIAL NUMBER:_  1710  ____
************************************************************************************
                                               *
DEALER:  Walsh-Atkinson Co. Ltd.               * DEALER O/N       : WA-6285
         Box 822, 307E Old Country Rd          * DATE RECEIVED    : Sept 21/90
         Hicksville, NY 11801                  * SHIPMENT PROMISED: Nov 29/90
         (516) 822-0910                        * INV #            :
                                               * FAX FOR FUNDS    :
CUST.:   Eliou Steel Fabrication Inc.          * CHEQ REC'D       :
         130 Green Street                      * DATE SHIPPED     :
         Brooklyn, NY 11222                    *
                                               *****************************************
                                               * OPTIONS:
********************************************    *
ELECTRICAL:                                    * Backgauge: Mark II Power
                                               * Tonnage Control
Voltage: 230                                   * Power Eccentric
Main Motor: BALDOR 30 HP/286T/1800 RPM         * High speed hydraulic package
Eccentric Motor : Eurodrive R40DT71D4          * 4-4-12'D.H., UP1-8', L4-8', UP4-8'
#1 Overload: Telemecanique LR1F105             *    L12-8', UP60-2-6', L60-4-6'
#2 Overload: Telemecanique LR1D09307           *
                                               *
********************************************    *
HYDRAULIC:                                     *
                                               *
Manifold Dwg #: 1-3113                         *
Hyd. Pump: Denison VICKERS 3520VSH-35-8        *
Main Directional Valves:                       *
  High Volume Valve : Rex. 4WEH22G60           *
  High Pressure Valve : Rex. 4WEH22T460P4.5    *
H.P. Relief Valve Setting:3550 PSI NEW-STD     *
Check Valve: C1200S65                          *
Relief Valve: Fluid 1A30F60S, Sun RPIC-LAN     *
Oil Cooler: Thermal Transfer AO10              *
Coupling: Woods 10s                            *****************************************
4000 PSI Cyl.: 6" Dia. x 24" Stroke NEW-STD    * NON-STANDARD:
                                               *
********************************************    *
GEOMETRY:                                      *
                                               *
Stroke Length:    8"     STD                   *
Open Height:     16"     STD                   *
Closed Height:    8"     STD                   *
Throat Depth:    10"     STD                   *
                                               *
********************************************    *
SHEET SIZES:                                   *
                                               *
RAM    003.000 X 046.000 X 144.000 NEW-STD     *
CAP    005.500 X 010.500 X 144.500 NEW-STD     *
BED    005.000 X 023.750 X 140.000 NEW-STD     *
FLANGE 005.000 X 014.000 X 136.000 NEW STD     *
FRAMES 003.000 X 047.563 X 087.500 NEW-STD     *
ROCKER 002.500 X 021.750 X 055.500 NEW-STD     *
                                               *
                                               *
                                               *
                                               *
************************************************************************************
```

REVISED COPY
DESTROY PREVIOUS ISSUE
OCT 10 1990
Date

<u>PRESS</u> BRAKE HYDRAULIC DATA SHEET CHECK-OUT        DATE: _Nov 28/90_____

MODEL _725012_    SERIAL NO. _1710_

Schematic Diagram No. _____

A) RESERVOIR: Capacity _____ U.S. Gallons
   (Height x Width x Length) _10_ x _14_ x _96_
B) MOTOR: Make _Baldor_          Frame _286T_
   Horsepower _30_ H.P. Voltage _230_ V. Amps _76_ A.
C) COUPLING: [] Lovejoy L110 _____ [✓] Woods _10 S_
D) DOUBLE PUMP: [] Vickers V2010-1 F__S__S-1___
                [] Denison T6CC-___-___-1R___-___
                [] Denison T6DC-_035_-_008_-1R_28_-_B111_
                [] Vickers 2520-V__A__-1_____
         Other []_____
   Pump Serial No.
E) MAIN DIRECTIONAL VALVE:                    HP=High Pressure
   HP HV                                      HV=High Volume
   [✓] []  Parker D61VW8C320Y40
   [] [✓]  Parker D61VW9C24Y
   [] []   Rexroth 4WEH22T___60/6AND/5
   [] []   Rexroth 4WEH22G60/6AW120-60/B12/5V
F) CHECK VALVE: [] Parker 65M90  Other [✓] _CXFA XFN ✓_      _____
G) PRESSURE SWITCH: [] Rexroth HED-40A15/350Z4
                    [] Allen Bradley 836T-T35__J
H) HIGH PRESSURE RELIEF VALVE: [✓] Fluid Controls 1A30F_6_0S
                               []  _____
I) LOW PRESSURE RELIEF VALVE: [] Fluid Controls 1A30F___0S
                              [✓] Sun RPIC-LAN
                       Other []_____
J) FILTER RELIEF: [✓] RPR-2S
K) RETURN FILTER: [] Fram C-1671
L) SUCTION STRAINER: [] _____ 1 1/2 inch dia.
                     [] _____ 2 1/2 inch dia.
                     [✓] _SS-300-60_ 3 inch dia.
M) COOLER: [] Thermal Transfer M10  [✓] Thermal Transfer A0 10
                                    [] Thermal Transfer A0 20
N) PRESSURE GAUGE: [] 0-3000 p.s.i. [] Stem [] Back  Qty.____
                   [✓] 0-4000 p.s.i. [] Stem [✓] Back  Qty. _1_
                   [] 0-5000 p.s.i. [] Stem [] Back  Qty.____
O) MAIN MANIFOLD DRAWING: [] 16752/C (Standard Bed Mounted)
                          [] 14111/B (Standard Table Mounted)
P) SETTINGS:  High Pressure Relief _3550_ p.s.i. @ _58_ amps.
              Low Pressure Relief _1000_ p.s.i. @ _39_ amps.
Q) PILOT ORIFICE: _N/A_ inch dia.
R) PILOT PRESSURE: _____ p.s.i. @ ____ deg. F.
S) NON-STANDARD: 1. _Tested on 460V_ _____
                 2. _Parker main directional valves_____
                 3. _____

PRESS BRAKE ELECTRICAL COMPONENTS                                        H - 2

PRESS BRAKE MODEL *725062*        SERIAL NO. *1710*

   Schematic No. *3-4597/3-4545* Cabinet No. *9198* 9198
      *3-4544/3-4643*

TRANSFORMER                        [✗] Hammond 129604
DISCONNECT SWITCH                  [ ] Amalgamated 2636 I
DISCONNECT SWITCH                  [✗] Amalgamated 3636 I
DISCONNECT SWITCH                  [ ] Amalgamated 4636 I

CIRCUIT BREAKER        _____ C.B.[ ] 3A    _____ C.B.[ ] 3.5A    _____ C.B.[ ] 4A
CIRCUIT BREAKER        *1-2* C.B.[✗] 5A    _____ C.B.[ ] 8A     _____ C.B.[ ] 10A

#1 CONTACTOR (Main Motor)      [ ] Telemecanique LC1 D 253 H7K
                               [ ] Telemecanique LC1 D 503 H7K
                               [ ] Telemecanique LC1 D 633 H7K
                               [✗] Telemecanique LC1-FF43
                               [ ] Telemecanique LC1-FQ43
                               [ ] Telemecanique LC1-FH43
                               [ ] Telemecanique CN2-HC 133 H7K
#2 CONTACTOR (Ram Tilt)        [✗] Telemecanique LC2 D 099 H7K
#3 CONTACTOR (Backgauge)       [ ] Telemecanique LC2 D 099 H7K

#1 OVERLOAD                    [✗] Telemecanique LR1- *F-105*
#1 OVERLOAD                    [ ] Telemecanique RA1- _____
#2 OVERLOAD                    [✗] Telemecanique LR1- *D09307*
#3 OVERLOAD                    [ ] Telemecanique LR1- _____

AUXILARY CONTACT               [ ] Telemecanique LA1-D20
AUXILARY CONTACT               [ ] Telemecanique ZC1- _____

INDICATOR LIGHT  *1,2* L.T.    [✗] Telemecanique ZB2BV6-ZB2BV04

PUSHBUTTON        *1*    P.B.   [✗] Telemecanique ZB2-BZ102
PUSHBUTTON        *2*    P.B.   [✗] Telemecanique ZB2-BW061
PUSHBUTTON        *3,4*  P.B.   [✗] Telemecanique ZB2-BZ101
PUSHBUTTON        *5,6*  P.B.   [✗] Telemecanique ZB2-BZ105 *(+2) BEW1*
PUSHBUTTON        *7,8*  P.B.   [✗] Telemecanique ZB2-BZ105 *(+2) BEW1*

SELECTOR SWITCH   *1,2*  S.S.   [✗] Telemecanique ZB2-BZ105 (+1) BE102
SELECTOR SWITCH   *3*    S.S.   [✗] Telemecanique ZB2-BZ101
SELECTOR SWITCH   _____  S.S.   [ ] Telemecanique ZB2-BZ10 _____
SELECTOR SWITCH   _____  S.S.   [ ] Telemecanique ZB2-BZ10 _____

CONTROL RELAY   *2,4-5* C.R.    [✗] Izumi RH2B-UL 120V.
CONTROL RELAY   *1-3*   C.R.    [✗] Izumi RH3B-UL 120V.
CONTROL RELAY   _____   C.R.    [ ] Izumi RH4B-UL 120V.

LATCH RELAY     _____   L.R.    [ ] Omron MY2K      120V.

TIME DELAY RELAY  *1*  T.R.     [✗] Omron H3Y-2-US 120V.
TIME DELAY RELAY  ____ T.R.     [ ] Omron H3BH-8 120V.

LIMIT SWITCH    *7,8*  L.S.     [✗] Telemecanique XCKL 115 H7
LIMIT SWITCH    *9,10* L.S.     [ ] Micro DT-2R-A7/MD3211Q
LIMIT SWITCH    *1,2,5* L.S.    [✗] Micro BZ2RQ18-A2
LIMIT SWITCH    *3,4*  L.S.     [✗] Micro BZ2RQ1-A2
LIMIT SWITCH    *6*    L.S.     [✗] Micro DTE-62RN

%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%
%%%%%%%%%%%%%%% PRESS BRAKE %%%%%%%%%%%%%%%
%%%%%%% QUALITY CONTROL CHECK-OUT %%%%%%%
%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%

MODEL NUMBER 725012

SIGNATURE Robert McCracken

COMPLETION DATE Dec 5/90

SERIAL NUMBER 1710

**CYCLING CHARACTERISTICS**

- 19 1/2 CYCLE/MIN @ 3 " STROKE
- REPEATABILITY IN AUTO MODE ± 0.0005"
- REPEATABILITY IN JOG MODE ± 0.001"

**CROWNS AND BOWS**

- BED CROWN Not Marked
- RAM CROWN
- RAM BOW

**PARALLELISM**

- RAM DOWN 0.000" — +0.008" — 0.000"
- RAM MID +0.007" 0.000"
- RAM UP -0.002" 0.000"

eccentric level: +0.004"

**INSTALLATION PRESSURES**

- MAIN BRG ECC. 600 PSI.
- MAIN BRG S.G. 1,200 PSI.
- MAIN PIN ECC. 4000 PSI.
- MAIN PIN S.G. 3900 PSI.

**TORQUE SPECS**

- CONN ROD ECC TOP 25 FT/LBS
- CONN ROD ECC BOT 130 FT/LBS
- CONN ROD S.G.TOP 25 FT/LBS
- CONN ROD S.G.BOT 120 FT/LBS

**LIMIT SWITCHES SET**

- RAM UP 16 IN.
- RAM DOWN 8 IN.
- STROKE LENGTH 8 IN.
- TORQUE UPPER 0.072 IN
- TORQUE LOWER 0.072 IN.
- B.G. READOUT @ 26 1/2 IN.
- POWERED ECCENTRICS 1.7~1.8 AMPS.

**SHIMMING SPECS**

- WAYS BOX ECC. OUTER 0.015"
- WAYS BOX ECC. INNER 0.025"
- WAYS BOX S.G. OUTER 0.015"
- WAYS BOX S.G. INNER 0.025"
- ECC. RAM LUG OUTER 0.025"
- ECC. RAM LUG INNER 0.025"

**PRESSURE SETTINGS & AMP DRAWS**

- 30 H.P. MOTOR 230 V @ 76 AMPS
- H.P. 3550 PSI @ 88 AMPS
- L.P. 1000 PSI @ 103 AMPS
- U.B. 1600 PSI @ AMPS
- RAM RAISING 97
- MACHINE @ IDLE 39 AMPS

**MECHANICAL**

- CYLINDER STYLE cattevace
- WAYS BOX STYLE weld on

**MISCELLANEOUS**

- GREASE NIPPLES Colin
- DIE CLAMP SPRINGS Mach. Shop
- DIE/HOLDER CLAMPS Check
- SERIAL NO. ON FRAME Colin
- NAMEPLATES & SAFETY DECALS Colin
- OIL DRAINED Check
- OIL FILLED
- RAM TONNAGE HOSE/SZ 1 1/2" (22") O
- ALLEN KEY PROVIDED Check
- MANUAL/S INCLUDED RmcC
- PUTTY/PAINT/RUSTPROOOF Michael
- PLASTIC WITH WARNING TAPE Check
- MACHINE CONFORMS TO ORDER Check
- ECC. GEAR REDUCER R40A, 29.36:1
- ECC. SPROCKETS (TEETH) 14:17
- RAM TONNAGE GAUGE 4000 P.S.I.
- !!!!!!!!!!!! FINISHED MACHINE CONFORMS TO SHIPPING REQUISITION !!!!!!!!!!! RmcC

NON-STANDARD (EXAMPLE, SHIMMED BEARINGS, LOOSE FITS

Bed dis k set up by J L
RAM WELDED LUGS SET – Scott Ukrainitz
Powered backgauge: BALDOR motor: SPEC – 29712. Serial No – D2590037; 1/4HP; 115V; 4.6 AMPS.
Drawn: 3.7 – 3.8 AMPS.